IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TUN AUNG KYAW, Petitioner, vs. NEBRASKA, Respondent. | 8:22CV7 ORDER |

This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 11.) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 11) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the sole proper respondent in this action.

Dated this 11th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge